UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

AARON PERRY WILLIAMS,

                Defendant.
_____/

Case No. 2:21-cr-20032

HONORABLE STEPHEN J. MURPHY, III

## **ORDER STRIKING DEFENDANT'S MOTION FOR BOND [23]**

Defendant Aaron Perry Williams recently pleaded guilty to felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). ECF 19, PgID 57. Defendant has been represented by counsel throughout the prosecution. ECF 3.

Defendant recently filed, on his own, what appears to be a motion asking for a new bond. ECF 23. "Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, the right of self-representation does not include the right to proceed in a hybrid manner" through both "counsel and pro se" motions. *United States v. Dehar*, No. 07-20558, 2008 WL 4937855, at *1 (E.D. Mich. Nov. 14, 2008) (cleaned up). The Court will therefore strike the motion and will instruct Defendant to seek relief from the Court through his attorney, Mr. Joseph R. Arnone.

1

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **STRIKE** Defendant's motion for bond [23].

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: December 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 2, 2021, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager